### UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SAIM SARWAR, Individually | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-00018 |
| | ) | |
| – vs – | ) | |
| | ) | |
| THE MAINSTAY INN, LTD. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### <u>NOTICE OF VOLUNTARY DISMISSAL</u>

The Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Plaintiff's claims in this action against Defendant, THE MAINSTAY INN, LTD.**,** WITHOUT PREJUDICE.

Dated:  August 4, 2022

Respectfully Submitted,

By:_____
Daniel Goldsmith Ruggiero
275 Grove Street, Suite 2-400
Newton, MA 02466
druggieroesq@gmail.com
(339) 237-0343(phone)
(339) 707-2808 (fax)